AMSTERDAM FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v. DONALD T. PERRETTA et al., Respondents, and SAMUEL CHASE, Appellant.— By direction of this court handed down on May 9, 1951 (*ante*, p. 873), decision of this appeal was deferred pending further proceedings in a related action in trial court. It now appears that during such further proceedings at a Trial Term of the Supreme Court held in the County of Montgomery on May 28, 1951, the related action was compromised in a manner which leaves Samuel Chase, the only appellant, without further legal interest in the subject matter of this action. The issue on appeal is now academic, and, upon our own motion, the appeal is dismissed, without costs, and stay vacated. Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

B. M. C. MANUFACTURING CORP., Respondent, v. DON T. TARSHIS et al., Doing Business as MELDON STEEL COMPANY, Defendants and Third-Party Plaintiffs-Respondents. ARTCO INDUSTRIAL COMPANY, INC., Third-Party Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals and for certification of questions denied, with $10 costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 266.]

LEMUEL HANAMAN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 875.]